*In re* FELIPE SOTO ORTIZ.

*Número:* TS-17,200          *Resuelto:* 23 de diciembre de 2016

*Manuel E. Ávila de Jesús,* director de la Oficina de Inspección de Notarías; *Felipe Soto Ortiz, pro se.*

## RESOLUCIÓN

Examinados el Segundo Informe Especial, la Moción Reiterando Incumplimiento de Orden, ambas presentadas por la Oficina de Inspección de Notarías (ODIN), y la Moción Urgente Exponiendo Postura de la ODIN en Relación a Incumplimiento de Orden de Este Honorable Tribunal Supremo, presentada por el Lcdo. Felipe Soto Ortiz, *se provee "no ha lugar" a la solicitud del licenciado Soto Ortiz.*

Ante el incumplimiento del licenciado Soto Ortiz con las órdenes de este Tribunal, *se le suspende inmediata e indefinidamente del ejercicio de la notaría y se ordena al Alguacil de este Tribunal que incaute inmediatamente el sello y la obra notarial bajo la custodia del licenciado Soto Ortiz y los entregue al Lcdo. Manuel E. Ávila de Jesús, Director de la ODIN, para la correspondiente investigación e informe.*

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan E. Dávila Rivera
*Secretario del Tribunal Supremo*